We're grateful to have the opportunity to come here and argue this before the court. Our firm, Mr. Chapman, myself, Mr. Harris, and every associate that was employed at our firm, with no time limitation of the employment, were sanctioned. And March of 2005 was when the first order came out, so it's been several years since this occurred. We were involved in a bankruptcy case that was dismissed, where we represented the debtor. Mr. Chapman was lead counsel, and he's the one that made all the appearances and signed all the pleadings in the case. In September of 2004, the case was dismissed. The court, by order, which is in the record, specifically retained jurisdiction only to deal with the motion for sanctions by one of the creditors, Silver State Bank. Silver State Bank moved for sanctions against the debtor and a couple of the principals of the debtor, Mr. Kerry Rogers, Mr. Philip Levalier. Philip Levalier was not a principal of the debtor. He was a financial – he worked for the debtor and ran the finances of the company for quite some time. At the hearing on the motion for sanctions, of course, we argued in opposition to the motion for sanctions, and we put our best foot forward so that our client would not be sanctioned. We felt it was our duty to do that, and we argued from the record and only from the record. The court, with the record that's before you, before Judge Markell at the time, ordered that we would not be sanctioned. He considered, I guess you would call it, so to speak. Did he order it or just comment? He ordered. On tab 15, page 436, he specifically said there will be no sanctions against counsel. He – when he was laying out that there would be sanctions against Mr. Rogers, Mr. Levalier, and asked in Nevada, he specifically said there would be no sanctions ordered against counsel. He only left at that point briefs from both sides to be filed with no hearing on the amount that the sanction might be against the three persons – well, the entity and the two persons to be sanctioned. Those briefs were filed. Four months later, after the sanction hearing, six months after the dismissal of the case, we get an order from the court without any new evidence before the court, without any further hearing before the court, which basically sanctioned the firm and the individuals I previously mentioned. With every monetary and non-monetary sanction that I've ever read in a case for 9011, FRBP 9011 or inherent powers, we were sanctioned disgorging our fees, paying the fees of the other side, joint and several. We were sanctioned the publication of the opinion without any further hearing at all. And without hearing from us in writing or otherwise, the court referred Mr. Chapman to the State Bar with a copy of the March 21, 2005, opinion. No due process before that occurred. Well, you don't have to have a hearing before he decides to report somebody to the Bar, do you? I thought we did as a non-monetary sanction under 9011. By the same token, he doesn't need to get your permission or get your two cents on whether to publish his order or not, does he? As a non-monetary sanction under 9011 and inherent powers, I think he needed to have a hearing before he did. Do you have any authority for that, that a judge needs to? In Ray DeVille and in Ray Taylor. What did they say? Not in Ray Taylor. In Ray DeVille basically said that there needed to be a hearing before 9011 sanctions had to be issued. I'm not making myself clear. That's not the question he asked. Does a judge need to get anybody's permission to publish the order in the official reports? No, I don't believe so. The judge will say whether it gets published or not. And does the judge need to get anybody's permission to report a lawyer to the Bar? The judge does not need to do that. Okay. Let me ask you what sanctions are still in issue. The sanctions that are still in issue is the, what we in our firm call the Scarlet Letter sanction, the 10-year sanction whereby. That's still in effect? Yep. Okay. What about the CLE requirement? Is that being satisfied? It was satisfied for the first two years. We basically, he sanctioned us out of his court and we stayed out for six years now. So our bankruptcy practice has been nothing for six years. We've done other things.  Nothing at any court. We have not done any bankruptcy work at all in six years. Okay. That's by your own choice. Well, the choice was this. Every filing, we put the Scarlet Letter. I know, but I'm not, you know, I'm asking you one question. It was my choice. Correct. It was the firm's choice. Absolutely. Okay. So you are, are you banned from his court? No, not banned from any court. Okay. I can go back into his court as long as I wear the letter. Okay. The CLE requirement has been satisfied? For the first two years. If we're going to practice, we have to continue to take CLE. We haven't taken bankruptcy CLE in the last two years because we're not going to practice until this is settled. So you're no longer complaining about the CLE requirement? We'd like it lifted because, well, we're going to, if we're practicing bankruptcy, we're going to do bankruptcy CLE. We'd like to practice again. We'd like to do it without the Scarlet Letter. I'm trying to get what relief you're requesting. I'm requesting that the published opinion be pulled out of West Reports so I don't have to wear that letter anymore. You can't pull it out. You understand that. Okay. Well, then I request that this opinion be published if we are exonerated. If you're going to hit me over the head again, then why would I ask for that, I guess. You know, it may not be here or there, but the sanction he might should have imposed was a take a course from Ms. Manners. It doesn't seem to me it's terribly wise, even though I understand judges are to be neutral and put up with anything that's thrown at them. But it's not terribly wise to write the kind of brief that you and your firm wrote to that judge regarding sanctions. And I think that's a mistake in the whole case. Excuse me? It was our biggest mistake in the whole case. It certainly was. It was writing in anger. I have never been sanctioned under any form of Rule 11. I've never had a bar complaint in 15 years. I can say the same thing of Mr. Chapman in the 13 years he's practiced. We consider ourselves very ethical. We're not a prideful bunch of guys. We're just guys with families that are feeding our families, right? We took this. It was out of left field. I've never been so demeaned in an order by a court. It was such an extreme order, and it said such extreme things with no evidence in the record. On the OSC, you mean? Yeah. That when I wrote back, I was angry. Did you pay the monetary sanctions? All monetary sanctions have been paid. We paid – we disgorged our fees and paid them to Boy Scouts of America. All the other monetary sanctions we paid. That's a dead letter now as far as I know. Dead letter. You also disgorged the fees into the court register. We did. And you're not concerned about getting those back? All this is water under the bridge except for the 10-year sanction and the publishing of the opinion. And we'd like to go back and practice freely. And the lesson we learned? Don't write angry. If we ordered the – what you call the scarlet letter sanction reversed. I'm not saying we're going to, but if we did that, left everything else intact, would that resolve the problem as far as you're concerned? It would resolve the problem. We're here to clear our names. If you left the sanction in there, we're saying that he didn't have jurisdiction to do what he did and we're not as bad a guy as he said we were. We'd like an order that says that. Well, we don't do orders like that. And you don't do orders on request. You don't play tunes on request. I understand that. That's what we're here to say. I'm sorry for the levy. I'm not trying to – Okay. If we're not going to, you know, name you man of the year, what else would you do? Would you like us to reverse the order that requires the filing, the 10-year filing order? I would like his order reversed in its entirety so that we are exonerated. I would like the 10-year order to be lifted specifically so that we can continue to practice. Monetary sanctions are no longer in play. Monetary sanctions, I'm not asking for the money spent. It's all right with us. We give the Boy Scouts money anyway. It doesn't matter. Suppose we issued an order that said the judge was within his rights to enter some sanctions, but he went overboard when it came to the 10-year filing order. We contemplated that. I think our worst moment in the case, besides riding in anger, we should have handled the 2004 examination better than we did. Okay. But what about what I just said? Yeah. The judge was within his rights to issue some sanctions, but he went overboard. The parties are no longer complaining about the money. Counsel still complains about the 10-year filing requirement. We think he has a valid point as to that. We reversed that. What do you think of that kind of decision from us? It would be acceptable. Not that our acceptance is necessary. But we believe that if we were made complicit in part of this 2004 examination, it would be standard that we would be on the hook for some fees on the other side if we caused them delay or harassment. And we expected that, all right, our client got us in the soup on this one. We're going to stand for this. We're going to argue, put our best foot forward, but we're going to stand for this. So it wasn't the monetary sanctions that were ever onerous in this case, other than the money. Let me ask you about the CLE. The CLE seemed to say that you can never appear unless you indicate that during the 24 months preceding that appearance, you have done, what is it? Eight hours and four hours. Eight and four. Are you objecting to that continuing as a sanction also? Only because we don't feel we should have had a CLE sanction. We're going to do four hours of ethics in two years anyway. So it's not going to change our behavior. And we're probably going to do eight hours of ethics in two years. So we'll comply with it anyway. Should I have to file an affidavit that says I've done it to the court just to practice in that court? No one else has to, and I don't think we should have to either. That and plus you wouldn't have to attach a brochure, you're saying? Correct. Okay. And prove it like we're criminals. Did you take your specialty off the website? Did immediately. We didn't call it.  We'd like to be able to list it as an area of practice. Once we're back on the horse and we feel we're competent under the new laws to actually practice. Thank you, Your Honor. Thank you very much, Mr. Merrick. The case just argued is submitted. I thought maybe you were going to argue on this one too. Thank you very much for coming. Thank you. The case just argued is submitted. Good morning.
judges: Duffy, Fernandez, Silverman